LEASON PEAKE V. THE STATE.

No. 15902. Delivered March 8, 1933.
Reported in 58 S. W. (2d) 87.

The opinion states the case.

*V. L. Shurtleff,* of Fort Worth, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment is regular and regularly presented. The evidence heard on the trial is not brought up for review. The motion to postpone, the exceptions to the reception of evidence, and the complaints of the charge of the court cannot be reviewed in the absence of the statement of facts.

Perceiving no error in the record, the judgment is affirmed.

*Affirmed.*